E-FILED
Monday, 03 April, 2006  12:32:20 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-30037 |
| | ) | |
| BELINDA YOUNG, | ) | |
| | ) | |
| Defendant. | ) | |

**OPINION**

JEANNE E. SCOTT, U.S. District Judge:

This matter came before the Court for sentencing on the revocation of Defendant Belinda Young's supervised release.  The Government appeared by Assistant U.S. Attorney Patricia McInerney.  The Defendant appeared in person and with her attorney Douglas Beevers.  The Defendant's Motion for Release Pending Sentencing Pursuant to 18 U.S.C. § 3143(A) (d/e 77) is ALLOWED.  The sentencing hearing is continued to May 12, 2006, at 10:00 a.m.  The Defendant is released on a $10,000.00 recognizance bond.  In addition to all the standard conditions of bond, the Defendant's bond is also subject to the following additional conditions:

1. The Defendant must immediately commence inpatient drug treatment

1

at the Prairie Center Health Systems program located at 122 West Hill, Champaign, Illinois 61820 (Drug Treatment Center).

2. The Defendant must execute any and all documents required by the U.S. Probation Office that will waive any privilege of confidentiality and will allow the Probation Office to receive information on her status and her compliance with rules of the Drug Treatment Center, and the Drug Treatment Center must acknowledge that the Probation Office is entitled to receive all such information on request.

3. Upon her release from custody the Defendant may stop at her home in Springfield, Illinois, for no more than 30 minutes to pick up clothing, and then must travel directly to the Drug Treatment Center.

4. The Defendant must stay at the Drug Treatment Center while on bond until her hearing on May 12, 2006, and she may not leave the Drug Treatment Center for any reason until the hearing date without prior authorization from the Court.

5. The Defendant must comply with all of the rules and regulations of the Drug Treatment Center.

6. The Defendant is required to appear at the May 12, 2006, hearing and to provide her own transportation to the hearing.

7. If, for any reason, the Defendant ceases to be a resident at the Drug Treatment Center prior to May 12, 2006, the Defendant shall surrender to the U.S. Marshal's Office and shall return to custody.

IT IS THEREFORE SO ORDERED.

ENTER: _____, 2006.

    FOR THE COURT:

                s/Jeanne E. Scott
                JEANNE E. SCOTT
                UNITED STATE DISTRICT JUDGE